**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7634**

RICKY GENE MINOR,

                Petitioner – Appellant,

        v.

UNITED STATES OF AMERICA,

                Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.   Richard Mark Gergel, District Judge.  (4:10-cv-02325-RMG)

Submitted:  July 13, 2011            Decided:  July 21, 2011

Before DUNCAN, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ricky Gene Minor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Gene Minor, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Minor v. United States</u>, No. 4:10-cv-02325-RMG (D.S.C. Oct. 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>